Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: 702-320-8400
Facsimile: 702-320-8401
info@rodriguezlaw.com
*Attorneys for Defendants Swanson &*
 *Screaming Images, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN BRIDGES; AND BRANDON WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SCREAMING IMAGES, LLC; JAMES SWANSON; THOMAS PICKERT; AND DOES 1-5 AND ROE ENTITIES 1-5, Inclusive,<br><br>Defendants. | Case:  2:20-cv-02120-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 21 |

COMES NOW, Plaintiffs JUSTIN BRIDGES and BRANDON WATSON, and Defendants SCREAMING IMAGES, LLC, JAMES SWANSON, and THOMAS PICKERT, by and through their undersigned attorneys of record, and stipulate that the above entitled-matter may be dismissed with prejudice in its entirety, and each party is to bear their own fees and costs;

**IT IS SO STIPULATED.**

DATED: September 8, 2021                              DATED: September 8, 2021

WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN         RODRIGUEZ LAW OFFICES, P.C.


By: /s/ Douglas M. Cohen, Esq.                          By: /s/ Esther C. Rodriguez, Esq.
Douglas M. Cohen, Esq.                                      Esther C. Rodriguez, Esq.
Nevada Bar No. 1214                                          Nevada Bar No. 6473
3773 Howard Hughes Pkwy., Suite 590 South     10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89169                                   Las Vegas, Nevada 89145
*Counsel for Plaintiffs*                                          *Counsel for Defendants Swanson and SI, LLC*

DATED: September 8, 2021

THORNDAL ARMSTRONG ET AL

By:  /s/ Katherine F. Parks, Esq.
Katherine F. Parks, Esq.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
*Counsel for Defendant Pickert*

### ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 27, 2021